Form   COL

# Violation Warning
## Denial of Rights Under Color of Law
### 18 USC §242; 18 USC §245; 42 USC §1983

RECEIVED
JUN 24 2015
Clerk, U.S. District Court
District of Montana
Great Falls Division

Sixth Judicial Court (District), violated Due process, to a fair trial by impartial judge Byron L. Robb, Brenda Gilbert, Robb 1994-Gilbert 2015 writ of habeas corpus, was a stand in for Bonnie Swandal 1990 divorce Lorraine, Richard Hinman . this court violated Due process when the judge did not recuse, this was an unlawful act by the judge(Byron L.Robb). he the judge is clothed by the state case 94-01 can not stand. in prison illegaly please look into this, I filed in 95 over this also.

## Legal Notice and Warning

Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242) provides that whoever, under color of any law, statute, ordinance, regulation, or custom, unlawfully subjects any person in an State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

Warning, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek personal legal counsel if you do not understand the law.

Notice of Service: Mike Cotter Federal Building 125 central Ave
West Greatfalls MT. 59404                6-10-2015

Richard Hinman 35891
700 Conley Lake R.D.
Deerlodge MT. 59722

RECEIVED
JUN 2 4 2015
Clerk, U.S. District Court
District of Montana
By (?)
Great Falls Division

Greetings: I was reserching case 94-01 and found out that Byron L Robb violated Due process when he did not recuse from case 94-01, out of Sweetgrass. This was an unlawful act by the judge also violated Due process to a fair trial, therefore I am in prison illegally a Void judgement is a legal nullity all pleas are void also therefore the state took my children illegally I feel I have redress to this illegal action. I would also think the lawyer I had at that time is libal also. william frazier. violating someones constitutional rights is not the way to fill your prisons. check into the record out of park county, march 30 2015 under Richard Denver Hinman, Contact Lorraine Mager at 406-224-2713, ask her what she know's about Richard Denver Hinman Also Lyle L. Hinman 319-457-0441 take the time to investigate this.

Thank you

Richard"Denver"Hinman

Submitted this 10 day of June 2015..